UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JASIEL RODRIGUEZ MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-107 |
| | § | |
| ACTING DIRECTOR, PORT ISABEL | § | |
| DETENTION CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER REFERRING CASE

This case is referred to United States Magistrate Judge Karen Betancourt to conduct all pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1).

Signed on February 3, 2026.

Fernando Rodriguez, Jr.
United States District Judge