United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JASIEL RODRIGUEZ MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-107 |
| | § | |
| ACTING DIRECTOR, PORT ISABEL | § | |
| DETENTION CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Petitioner Jasiel Rodriguez Mendez is detained by Immigration and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas. Ana Hernandez Ramirez, who is Petitioner's wife, filed the Petition for Writ of Habeas Corpus (Doc. 1) on Rodriguez's behalf, but the record does not reflect that Hernandez is a licensed attorney.

A United States Magistrate Judge ordered Petitioner and Hernandez to show cause as to why Hernandez could litigate on Petitioner's behalf. (Order, Doc. 10) No response was filed. The Magistrate Judge has recommended that the case be dismissed without prejudice. (R&R, Doc. 14) No party has objected to the R&R, and the deadline to do so elapsed on April 7, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 14). It is:

**ORDERED** that Petitioner Jasiel Rodriguez Mendez's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on April 15, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge